**Russell MARTIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58339.**

Missouri Court of Appeals,
Western District.

Jan. 23, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Appeal from the Circuit Court of Boone County, Frank Conley, Judge.

Amy Bartholow, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Russell Martin appeals the circuit court's judgment to deny his motion, filed pursuant to Rule 24.035, to set aside his guilty pleas to second-degree arson and two counts of second-degree burglary. We affirm. Rule 84.16(b).